**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| _____ ) | |
| Naun Israel Garcia Miranda, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civil Action No. 26-CV-11983-AK |
| v. ) | |
| ) | |
| David Wesling, et al, ) | |
| ) | |
| Respondent (s). ) | |
| _____ ) | |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order  [Dkt. 8] entered on 5/7/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.


Dated: 6/2/2026                                                    By the Court,

                                                                   /s/ Courtney Horvath
                                                                   Deputy Clerk